```
            FILED
        U.S. DISTRICT COURT
        DISTRICT OF MARYLAND

        2001 SEP -7  P 12: 29

          CLERK'S OFFICE
          AT BALTIMORE

        _____DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CAROLEE LAIRD              :

v.                         :    CIVIL ACTION NO. WMN-01-266

ELTON P. SUTER, etc, et al. :

### ORDER ADMINISTRATIVELY CLOSING CASE

On even date herewith the Court entered an Order approving the Consent Decree entered into by the parties in this case.

Accordingly, IT IS, this 7th day of September, 2001, by the United States District Court for the District of Maryland, ORDERED that this case is Administratively Closed, with leave to either party to move to reopen for failure to comply with the Consent Decree.

William M. Nickerson
United States District Judge